THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL COM-

PARETTO, Appellant.—Order of the County Court, Kings County, denying appellant's motion for an order vacating and setting aside the sentence heretofore imposed upon him, and to resentence him, affirmed. No opinion. Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.